DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

SABO, TINA L.

Case No. 06-01803-PCW13

Debtor

### TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $22.71, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| SABO, TINA L. | 5014 W. MCDOUGAL ROAD<br>DEER PARK, WA 99006 | $22.71 |

Dated: June 29, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4874659    7-8-10    $22.71*